**STATE OF FLORIDA,** on the Relation of S. J. Groves and Sons Company, v. J. M. LEE, as Comptroller of the State of Florida.

22 So. (2nd) 812                                                    June Term, 1945
July 20, 1945                                                              En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

**STATE OF FLORIDA,** on the Relation of R. H. Bouligny, Inc., a North Carolina corporation, duly authorized to do business in Florida, v. J. M. LEE, as Comptroller of the State of Florida.

22 So. (2nd) 812                                                    June Term, 1945
July 20, 1945                                                              En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.

PER CURIAM:

The motion to quash the alternative writ is denied on authority of State ex rel. Russell Badgett et al., v. J. M. Lee, Comptroller, filed this day.

CHAPMAN, C. J., TERRELL, BROWN, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

**STATE OF FLORIDA,** on the Relation of Merritt-Chapman and Scott Corporation, v. J. M. LEE, as Comptroller of the State of Florida.

22 So. (2nd) 812                                                    June Term, 1945
July 20, 1945                                                              En Banc

*Keen, Allen & O'Kelley,* for relator.

*J. Tom Watson,* Attorney General and *George M. Powell,* Assistant Attorney General, for respondent.